IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DOUGLAS YUTAKA RHOADES,
  Defendant.

CRIMINAL FILE NO.
1:08-CR-56-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 38] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence [Doc. 22] and Motion to Suppress Statements [Doc. 23]. The Defendant was properly advised of his Miranda rights and freely and voluntarily made incriminatory statements. The FBI agents were not required to advise him of his rights every time that they talked to him or to advise him of every criminal offense being investigated. The initial search of the DVD was authorized by the first search warrant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Evidence [Doc. 22] and Motion to Suppress Statements [Doc. 23] are DENIED.

SO ORDERED, this 25 day of August, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge